## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Case No. 06-10166-PJW |
| | : (Jointly Administered) |
| WORLD HEALTH | : |
| ALTERNATIVES, INC., et al., | : Chapter 11 |
| | : |
| Debtors. | : |
| GEORGE L. MILLER, | : Adversary No. 07-51350 (PJW) |
| Chapter 7 Trustee for WORLD HEALTH | : |
| ALTERNATIVES, INC., et al., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| RICHARD E. MCDONALD, MARC ROUP, | : |
| JOHN C. SERCU, BRUCE HAYDEN, | : |
| FREDERICK R. JACKSON, SR., JOHN W. | : |
| HIGBEE, BRIAN T. LICASTRO, and | : Re: Adv. Dkt. No. 98 |
| MARK B. RINDER | : |
| Defendants | |

### NOTICE OF COMPLETION OF BRIEFING [ADV. DKT. NO. 98]

1.  Defendant Brian T. Licastro ("Licastro"), by and through counsel, hereby provides notice pursuant to Local Bankruptcy Rule 7007-4 that briefing is complete on Licastro's pending Motion to Dismiss First Amended Complaint (the *"Motion"*) [Adv. Dkt. No. 98].

2.  Relevant Pleadings with respect to the Motion include:

    A.  Defendant Brian T. Licastro's Motion to Dismiss First Amended Complaint [Adv. Dkt. No. 98, filed 12/11/07]

    B.  Defendant Brian T. Licastro's Opening Brief in Support of Motion to Dismiss Trustee's First Amended Complaint [Adv. Dkt. No. 99, filed 12/11/07]

/40165368v.1

    C.    Compendium of Unreported Cases Cited in Defendant Biran T. Licastro's Opening Brief in support of Motion to Dismiss First Amended Complaint [Adv. Dkt. No. 100, filed 12/11/07]

    D.    Answering Brief of George L. Miller, Chapter 7 Trustee, in Opposition to Brian T. Licastro's Motion to Dismiss [Adv. Dkt. No. 104, filed 12/26/07]

    E.    Compendium of Unreported Cases Cited in the Trustee's Answering Brief in Opposition to Brian T. Licastro's Motion to Dismiss [Adv. Dkt. No. 105, filed 12/26/07]

    F.    Stipulation to Extend Time for Filing Reply Brief in Support of Motion to Dismiss Amended Complaint [Adv. Dkt. No. 109, filed 1/4/08]

    G.    Defendant Brian T. Licastro's Reply Brief in Support of Motion to Dismiss Trustee's First Amended Complaint [Adv. Dkt. No. 126, filed 1/25/08]

    H.    Compendium of Unreported Cases Cited in Defendant Brian T. Licastro's Reply Brief in Support of Motion to Dismiss Trustee's First Amended Complaint [Adv. Dkt. No. 127, filed 1/25/08]

    I.    First Amended Complaint [Adv. Dkt. No. 113, filed 1/8/08]

    J.    Request for Oral Argument [Adv. Dkt. No. 128, filed 1/30/08]

3.    Copies of all papers referred to in paragraph 2 above will be submitted to the Court in a binder along with this Notice.

BLANK ROME LLP

Dated: January 30, 2008

*/s/ Michael DeBaecke*
Michael D. DeBaecke (No. 3186)
1201 Market Street
Suite 800
Wilmington, DE 19801
(302) 425-6400
Fax: (302) 425-6464

And

/40165368v.1

Norman E. Greenspan
Evan H. Lechtman
One Logan Square
Philadelphia, PA  19103
(215) 569-5500
Fax: (215) 569-5555

*Attorneys for Defendant*
*Brian T. Licastro*

/40165368v.1