## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| | Case No. 06-10166 (PJW) |
| WORLD HEALTH | |
| ALTERNATIVES, INC., *et al.*,[1] | |
| | (Jointly Administered) |
| Debtors. | |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee for | |
| WORLD HEALTH | |
| ALTERNATIVES, INC. *et al.*, | |
| | |
| Plaintiff, | |
| v. | |
| | |
| RICHARD E. MCDONALD, MARC ROUP, | |
| JOHN C. SERCU, BRUCE HAYDEN, | Adversary No. 07-51350 (PJW) |
| FREDERICK R. JACKSON, SR., | |
| JOHN W. HIGBEE, BRIAN T. LICASTRO, | |
| MARK B. RINDER and DEANA J. SERUGA, | |
| | Re: Docket No. 194 |
| Defendants. | |

## ORDER APPROVING SETTLEMENT BY AND BETWEEN THE CHAPTER 7 TRUSTEE, BRIAN T. LICASTRO AND AMERICAN INTERNATIONAL SPECIALTY LINE INSURANCE COMPANY

Upon the motion (the "Motion")[2] of George L. Miller, the chapter 7 trustee (the "Chapter 7 Trustee") to the estates of the above-captioned debtors (collectively, the "Debtors"), for an order approving the Settlement; and the Court having reviewed the Motion; it appearing to the Court that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finding that notice of the Motion given by the Chapter 7 Trustee is appropriate under the circumstances; and the Court

[1] In addition to World Health Alternatives, Inc, the following entities are debtors in possession in these jointly administered bankruptcy cases: World Health Staffing, Inc. a California corporation, World Health Staffing, Inc., a Delaware corporation f/k/a MedTech Medical Staffing of Orlando, Inc., Better Solutions, Inc., JC Nationwide, Inc. f/k/a Medtech Staffing of Boca Raton, Inc. d/b/a JC Nationwide, MedTech Medical Staffing of New England, Inc. and MedTech Franchising, Inc.

[2] Each capitalized term not defined herein shall have the meaning ascribed to such term in the Motion.

being fully advised in the premises and having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED, and the Settlement is APPROVED.

2. The terms and conditions of the Settlement are hereby incorporated into this Order as if fully set forth herein.

3. This Court shall retain jurisdiction over any matter or dispute arising from or relating to the Settlement and/or implementation of this Order.

Dated: February 2 5, 2009

The Honorable Peter J. Walsh
United Stated Bankruptcy Judge