# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | Case No. 06-10166 (PJW) |
| WORLD HEALTH | : | |
| ALTERNATIVES, INC., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | |
| | : | |
| GEORGE L. MILLER, Chapter 7 Trustee for | : | |
| WORLD HEALTH ALTERNATIVES, INC., *et al.*, | : | |
| | : | |
| | : | Adversary Proceeding Nos.: |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| AIG | : | 08-50278-PJW |
| Pitney Bowes | : | 08-50054-PJW |
| QMC, Inc. | : | 08-50058-PJW |
| Stratum Med, Inc. | : | 08-50063-PJW |
| United Parcel Service, d/b/a UPS | : | 08-50066-PJW |
| Aaron Rents, Inc. | : | 08-50004-PJW |
| Accellera Solutions, Inc. | : | 08-50005-PJW |
| Advanstar Communications, Inc. | : | 08-50006-PJW |
| American Express | : | 08-50279-PJW |
| Archstone-Smith Trust d/b/a Archstone Delray | : | 08-50009-PJW |
| Avis Rent A Car System, LLC d/b/a Avis Rent A Car | : | 08-50010-PJW |
| Budget Rent-A-Car | : | 08-50281-PJW |
| Bank of America | : | 08-50012-MFW |
| Curley & Associates, LLC. d/b/a Curley Med Staffing Solutions | : | 08-50021-PJW |
| Daszkal Bolton LLP et al | : | 08-50284-PJW |
| Edgewater Condominium Rentals | : | 08-50025-PJW |
| FedEx Corporation | : | 08-50028-PJW |
| FTI Consulting, Inc. | : | 08-50292-PJW |
| Leslie Wood | : | 08-50038-PJW |

---

[1] The Debtors consist of the following parties: World Health Alternatives, Inc., Med Tech Medical Staffing of NewEngland, JC Nationwide, Inc., Med Tech Franchising, Inc., World Health Staffing, Inc., World Health Alternative, Inc., World Health Staffing, Inc., a California Corporation and Better Solutions, Inc.

| | | |
|---|---|---|
| Miller v. McDonald et al | : | 07-51350-PJW |
| The Guest House of Rome, LLC | : | 08-50050-PJW |
| United Healthcare | : | 08-50283-PJW |
| Whispering Meadows | : | 08-50072-PJW |
| Med Consultants, Inc. | : | 08-50044-PJW |
| Great-West Life & Annuity Insurance Company, et al. | : : | 08-50030-PJW |
| Joint Commission on Accreditation of Healthcare | : : | 08-50043-PJW |
| Powell Goldstein | : | 08-50056-PJW |
| Scooper, Inc., d/b/a Long Leaf Lodge at McClellan *et al*. | : : | 08-50046-PJW |

## **STATUS REPORT**

The plaintiff, George L. Miller, chapter 7 trustee for the estates of World Health Alternatives, *et al*., (the "the Chapter 7 Trustee"), hereby files the following status report:

**Status C**

Service is complete, no answer has been filed, and (i) the Defendant has an extension to answer or (ii) the Plaintiff will be moving for default judgment in the next 30 days for the following cases:

| | |
|---|---|
| AIG | 08-50278-PJW |
| Pitney Bowes | 08-50054-PJW |
| QMC, Inc. | 08-50058-PJW |
| Stratum Med, Inc. | 08-50063-PJW |
| United Parcel Service, d/b/a UPS | 08-50066-PJW |

**Status E**

These cases have settled pending the execution of stipulations of settlement. The Plaintiff has or will seek approval of the matters in accordance with global procedures regarding the

settlement of adversary proceedings approved in this case. The parties will file a Notice or Stipulation of Dismissal when full payment of the settlement amount is received and the settlement is approved in accordance with the global procedures. The Plaintiff is cautiously optimistic that these cases will be dismissed within the next thirty (30) days.

| | |
|---|---|
| Aaron Rents, Inc. | 08-50004-PJW |
| Accellera Solutions, Inc. | 08-50005-PJW |
| Advanstar Communications, Inc. | 08-50006-PJW |
| American Express | 08-50279-PJW |
| Archstone-Smith Trust<br>    d/b/a Archstone Delray | 08-50009-PJW |
| Avis Rent A Car System, LLC<br>    d/b/a Avis Rent A Car | 08-50010-PJW |
| Budget Rent-A-Car | 08-50281-PJW |
| Bank of America | 08-50012-MFW |
| Curley & Associates, LLC. d/b/a<br>    Curley Med Staffing Solutions | 08-50021-PJW |
| Daszkal Bolton LLP et al | 08-50284-PJW |
| Edgewater Condominium Rentals | 08-50025-PJW |
| FedEx Corporation | 08-50028-PJW |
| FTI Consulting, Inc. | 08-50292-PJW |
| Leslie Wood | 08-50038-PJW |
| Miller v. McDonald et al | 07-51350-PJW |
| Powell Goldstein | 08-50056-PJW |
| The Guest House of Rome, LLC | 08-50050-PJW |
| United Healthcare | 08-50283-PJW |
| Whispering Meadows | 08-50072-PJW |

**Status F**

Service is complete, an answer has been filed, and discovery/disclosures are underway in the following cases. The Plaintiff anticipates that discovery and further litigation in these cases will proceed in accordance with the Scheduling Orders entered by this Court.

Med Consultants, Inc.                                   08-50044-PJW

**Status G**

Service is complete, answers have been filed and stipulations and/or orders selecting mediators have been filed in the following cases. Discovery and disclosures are underway and the Plaintiff anticipates that discovery and further litigation in these cases will proceed in accordance with the Scheduling Order entered by this Court.

| | |
|---|---|
| Great-West Life & Annuity Insurance Company, et al. | 08-50030-PJW |
| Joint Commission on Accreditation of Healthcare | 08-50043-PJW |
| Scooper, Inc., d/b/a Long Leaf Lodge at McClellan *et al*. | 08-50046-PJW |

Dated: September 22, 2009  CIARDI CIARDI & ASTIN
  Wilmington, Delaware

*/s/ Shannon D. Leight*
Daniel K. Astin (No. 4068)
Anthony M. Saccullo (No. 4141)
Shannon D. Leight (No. 4115)
Mary E. Augustine (No. 4477)
919 Market Street, Suite 700
Wilmington, DE 19801
Phone: (302) 658-1100
Fax: (302) 658-1300
dastin@ciardilaw.com
asaccullo@ciardilaw.com
sleight@ciardilaw.com
maugustine@ciardilaw.com

*Attorneys for George L. Miller, the Chapter 7 Trustee*